RECEIVED
IN LAKE CHARLES, LA

JAN -4 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| SAMUEL K. CHEGE<br>A# 088931588<br>Reg. # 35762-265 | CIVIL ACTION NO. 10-1305<br><br>SECTION P |
| VS. | JUDGE MINALDI |
| PHILLIP F. MILLER, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the petition be DENIED and DISMISSED as moot.

IT IS ALSO ORDERED that petitioner's Motion for Release From Custody [Doc. #3] be DENIED as moot.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this ____ day of _January_, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE